**DISMISS and Opinion Filed July 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00251-CV

**DELORIS PHILLIPS, Appellant**
**V.**
**COLUMBIA LUXAR, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00788-E**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

Before the Court is appellant's June 26, 2019 motion for voluntary dismissal of her appeal. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190251F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DELORIS PHILLIPS, Appellant

No. 05-19-00251-CV     V.

COLUMBIA LUXAR, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-00788-E.
Opinion delivered by Justice Whitehill, Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered July 3, 2019.